IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

2  2016

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| THE CROW TRIBE OF INDIANS, Plaintiff-Appellant, vs. THE UNITED STATES OF AMERICA, Plaintiff-Intervenor-Appellee, and STATE OF MONTANA, DEPARTMENT OF REVENUE, et al., Defendants-Appellees. | CV 78-110-BLG-SPW ORDER |

This dispute has been pending in this Court, the Ninth Circuit, or the United States Supreme Court since 1978. The Crow Tribe, through its Chairman; the United States, through the U.S. Department of Justice; the State of Montana, Montana Department of Revenue, and Director Mike Kadas, through the Governor and the Attorney General; and Big Horn County and Big Horn County Treasurer Jody Guptill, through the Big Horn County Commissioners – all collectively hereafter referred to as "the parties" have recently executed a settlement agreement ("Agreement") resolving this case in its entirety. One of the terms of the Agreement is that it be entered as an enforceable order of this Court. At the request of the parties pursuant to Fed. R. Civ. P. 62.1(a), the Court hereby provides an

1

indicative ruling that the Court will enter the Agreement as an order of the Court if the case is remanded to it for that purpose. Specifically, the Court will enter an order in the form of the proposed order provided with the parties' motion for indicative ruling and will attach the Agreement thereto. For good cause shown, the motion for indicative ruling is GRANTED.

DATED this 21st day of November, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge