IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
DEC - 1 2016
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| THE CROW TRIBE OF INDIANS, Plaintiff-Appellant, vs. THE UNITED STATES OF AMERICA, Plaintiff-Intervenor-Appellee, and STATE OF MONTANA, DEPARTMENT OF REVENUE, et al., Defendants-Appellees. | CV 78-110-BLG-SPW ORDER GRANTING JOINT MOTION FOR DISMISSAL |

This dispute has been pending in this Court, the Ninth Circuit, or the United States Supreme Court since 1978. The parties have recently executed a settlement agreement (Agreement) resolving this case in its entirety. The Agreement is attached to this order. The Agreement requires that it "shall be entered as or incorporated into the dismissal order and judgment" in this case "and shall be enforceable" in this Court. Ex. A, Sec. 4(c). The Court finds that there is good cause to incorporate the Agreement into an enforceable order. This is a complex case that has spanned many decades, and each of the parties to the Agreement is a sovereign. Incorporating the Agreement into the Court's dismissal order and expressly retaining jurisdiction, *see generally Kokkonen v. Guardian Life Ins. Co.*,

1

511 U.S. 375 (1994), will provide the certainty of enforcement needed for the Agreement to accomplish its purpose. In the event of a breach of the Agreement, retention of jurisdiction and power of enforcement in this Court will promote judicial economy. Accordingly, the Court hereby incorporates into this order the parties' Agreement attached to this order, orders each of the parties to abide by the Agreement, and retains jurisdiction over enforcement of the Agreement according to its terms. Except for the retention of such enforcement jurisdiction as provided in the Agreement, these cases are dismissed with prejudice.

DATED this 30th day of November, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge